Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower Street
Suite 1800
Los Angeles, California 90071
Telephone: (213) 340-5796

Attorneys for Plaintiff
BACKGRID USA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC.,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>JENNIFER LOPEZ,<br><br>　　　　*Defendant*. | Case No.: 2:25-cv-4464 SPG (AGRx)<br><br>*Hon. Sherilyn Peace Garnett*<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff BackGrid USA, Inc. hereby voluntarily dismisses the above-captioned action in its entirety, against all parties. The dismissal is with prejudice, and the parties bear their own fees and costs.

Dated: June 28, 2025　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　**PERKOWSKI LEGAL, PC**

　　　　　　　　　　　　　　　By:　/s/ Peter Perkowski
　　　　　　　　　　　　　　　　　Peter E. Perkowski

　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　BACKGRID USA, INC.